UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSSOCIATED WITH 917-963-3689 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE | No. 1:24-mj-00034-JCN<br><br>**FILED UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Nicholas Rich, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for information about the location of the cellular telephone assigned call number 917-963-3689, with an unknown subscriber (hereinafter "the 3689 number"), which has service provided by T-Mobile US, Inc. ("T-Mobile"), which has offices at 4 Sylvan Way, Parsippany, NJ. The 3689 number is used by an individual known as "Leon." The 3689 number is described herein and in Attachment A, and the location information to be seized is described herein and in Attachment B.

2. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been since February of 2008. I am presently assigned to the Bangor, Maine, office and have received extensive training pertaining to narcotic investigations and the investigation of various crimes which arise from drug trafficking activities. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c). As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. During my employment with DEA, I have participated in numerous

investigations relating to the distribution of controlled substances, including cocaine, heroin, fentanyl, methamphetamine, diverted pharmaceuticals, and other substances in violation of the federal anti-drug laws, including Title 21, United States Code, Sections 841 and 846. I have conducted or participated in, among other things, surveillance, the execution of search and arrest warrants, debriefings of informants and confidential sources, and reviews of recorded conversations relating to narcotics trafficking. I have authored drug-related search warrant requests and successfully executed such warrants resulting in the seizure of drugs and other contraband, including firearms. I have also assisted in the execution of numerous drug-related search and arrest warrants. I have received extensive training in the field of narcotics enforcement and investigations. I am very familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the trafficking of illegal drugs, including the use of the internet, internet platforms, applications, and cellular telephones to facilitate those activities.

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested warrant.

4.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of federal law, to include 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 843(b) (hereinafter "Target Crimes") have been committed by one or more persons. There is also probable cause to believe

that the location information described in Attachment B will constitute evidence of these criminal violations.

5. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

**PROBABLE CAUSE**

6. The DEA, together with partner agencies, has been investigating a subject know as "Leon Leon" and "Leon" for utilizing a particular Facebook Account (described for purposes of this affidavit as the "Leon Leon Account") and also a cellular telephone assigned the 3689 number, in the distribution of illegal controlled substances in the Bangor region.

*Identification of Leon Leon Facebook Account*

7. In August of 2023, the DEA began to receive information about the Leon Leon Account as being an account utilized by one or more out-of-state suppliers of illegal controlled substances. At the end of August 2023, I conducted an interview with Jane Doe 1, who was in custody on state drug charges at the time.[1] Jane Doe 1 stated she was a user of both methamphetamine and fentanyl and that she knew several sources for illegal drugs in the Bangor area. Jane Doe 1 identified the Leon Leon Account as being an account used by an unknown Hispanic male who she knew to go by "Jose." She reported this male would travel to Maine twice per week to deliver drugs.

---

[1] Jane Doe 1 has a prior criminal history that includes a conviction for Battery, as well as a pending Maine State charge of Aggravated Trafficking in drugs.

3

Jane Doe 1 stated she had purchased drugs from this individual, and that he supplied multiple colors of fentanyl. She also identified other customers of the Leon Leon Account in the Bangor area.[2]

8. In September of 2023, the DEA interviewed an individual who would later be signed up to work with the DEA as a source (hereinafter "CHS1").[3] In October of 2023, CHS1 described the Leon Leon Account as being utilized by an individual who supplied multiple local Bangor-area drug distributors with illegal drugs. CHS1 stated that Andrew Blais—who had previously been arrested by the Bangor Police Department earlier in October of 2023 in possession of multiple small baggies of fentanyl powder—had been supplied with drugs via the Leon Leon Account. CHS1 stated they knew this because CHS1 had spoken with Blais' girlfriend about Blais' conduct.

9. At the DEA's request, CHS1 contacted the Leon Leon Account in early November of 2023 and, during the month of November, had multiple communications with the account regarding arranging for the purchase of drugs from the Leon Leon

---

[2] On November 15, 2023, agents with the Maine Drug Enforcement Administration ("MDEA"), working with a MDEA source, conducted a controlled purchase of suspected fentanyl from three individuals, one of whom had been identified by Jane Doe 1 as a customer of the Leon Leon Account.

[3] CHS1 was facing drug-related charges with the State of Maine at the time. In a September of 2023 interview with CHS1 they identified a number of drug traffickers in the Bangor area and did not identify information about the Leon Leon Account. CHS1 has a criminal history that includes convictions for unlawful possession of cocaine, aggravated trafficking in drugs, and theft. CHS1 is an admitted addict of cocaine base. After CHS1 began working with the DEA, CHS1 was terminated from further work in January of 2024 following their arrest in Ohio. In January of 2024, CHSI traveled to Ohio and was arrested during a traffic stop in Ohio. CHSI was accompanied by two criminal associates on that date, and was found in possession of drugs. This activity was not approved by the DEA. CHSI was subsequently charged with possession of the drugs and violation of conditions of release. This event occurred after the other events involving CHS1 described herein.

Account. For example, on November 4, 2023, CHS1 had the following exchange with the Leon Leon Account:

CHS1: Are you around soon?

Leon Leon: Monday

CHS1: Perfect. You will have stuff for me?

Leon Leon: I go every Monday to take merchandise and I spent all the Fridays to collect money.

10. Based on my training and experience, and an interpretation of the above exchange in light of the other messages between CHS1 and the Leon Leon Account, I believe the user of the Leon Leon Account indicated they would be able to bring controlled substances to the Bangor area on Mondays and that they collect money for doing so on Fridays.

11. On Sunday, November 24, 2023, the Leon Leon Account messaged CHS1 "Readdy Tomorrow." Based on my training and experience and interpretation based on the context of this message, I believe the user of the Leon Leon Account was informing CHS1 that they would have drugs available to distribute on Monday November 25, 2023.[4]

*John Doe 1 and the 4573 Phone Number for Leon*

12. On November 21, 2023, agents with MDEA, working with a MDEA source, conducted a controlled purchase of suspected fentanyl at the residence of Jane

---

[4] CHS1 was not able to facilitate a controlled purchase of evidence from "Leon Leon" during this investigation. As explained above, CHS1 was arrested in January of 2024 in Sandusky, OH for unlawful possession of schedule drugs and violations of conditions of release. CHS1 is no longer an active DEA confidential source.

Doe 2 and John Doe 1 in Alton, Maine. On November 28, 2023, John Doe 1 was arrested by MDEA agents for drug charges and interviewed. He reported that a Dominican male he knew as "Leon" was his fentanyl supplier. He stated he had been buying from Leon for several months. He stated Leon distributes drugs using the Leon Leon Account. He provided a physical description of Leon and said Leon has tattoos on his neck and arms. John Doe 1 stated it was always the same male who delivered drugs to him, although other people would be present with Leon for transactions. John Doe 1 reported that Leon would frequently be seen in a red Ford SUV. He reported that on multiple occasions Leon would arrive in that vehicle, John Doe 1 would get into the vehicle and receive drugs from Leon, and that there would be a female driver and another male in the vehicle. John Doe 1 reported seeing Leon with thousands of grams of what he believed to be fentanyl. John Doe 1 reported he had first contacted Leon via the Leon Leon Account, after having been introduced by another customer of Leon.

13. John Doe 1 provided a phone number (857-693-4573) (hereinafter "the 4573 number") that he reported using most recently to communicate with Leon. He also identified prior numbers that Leon had used to communicate with him. He explained that he had used Facebook to message with Leon initially at the Leon Leon Account, but had then switched to using text messaging.

14. John Doe 1 allowed agents to review his phone, which showed messaging with the 4573 number between October 10, 2023, and November 28, 2023. Based on my training and experience, and based on my interpretation of these messages, the messages involved multiple purchases of fentanyl by John Doe 1 from the user of the 4573 number and messaging regarding payment for those purchases.

15. For example, on October 10, 2023, the 4573 number (stored as "Leon" in John Doe 1's phone), messaged John Doe 1: "Hello / bro . . . I'm Leon, the one from Facebook, brother, how are you, brother? / This is my new number." The following day, the 4573 number messaged John Doe 1: "Brother, when will you be ready to make money, brother?"

16. By way of another example, on November 11, 2023, John Doe 1 had the following exchange:

John Doe 1: Hey do you have any soft or hard?

4573: I have coke but you know that coke brother is with money because it's expensive.

John Doe 1: Ok I was just curious. I have people ask me all the time so I figured I'd check.

4573: I understand if brother I have all that brother.

John Doe 1: How much do you get for it?

4573: A ounce 1400 pure brother

17. On November 15, 2023, the 4573 number wrote John Doe 1: "OK, brother, you're going to want the same thing, oh, you're going to want 150 gram."

18. On November 20, 2023, there was the following exchange:

4573: Ready bro / You

John Doe 1: Yeah I'm ready

4573: Ok bro

John Doe 1: Just let me know when you're a few minutes away and I'll be down by the road.

7

4573: Ok bro

19.     Based on my training and experience, these conversations are examples of conversations discussing drug transactions using slang words for controlled substances, such as coke, soft, and hard.

*John Doe 2 Information*

20.     Toll records were obtained for the 4573 number from T-Mobile. Among the phone's most frequent contacts were Jane Doe 3 and John Doe 2. Jane Doe 3 and John Doe 2 were arrested for possession of suspected fentanyl on December 3, 2023, in Bangor. Following this arrest, John Doe 2 was interviewed. He stated that the Leon Leon Account was used by two Dominican males to distribute fentanyl in Maine. He stated the two males are "twins." He described purchasing fentanyl from these males every week for approximately six months, at approximately 30-40 grams at a time.

*December 2023 Surveillance & Identification of Leon*

21.     Agents were contacted on December 18, 2023, by CHS1. CHS1 reported they were in a hotel room with Dominican male drug traffickers associated with the Leon Leon Account.[5] Agents established surveillance while CHS1 was still inside the hotel. CHS1 was observed exiting the hotel with two Hispanic males and entering a pickup truck, which traveled to a residence in Bangor. CHS1 and the males entered that

---

[5] CHS1 would later explain they had been staying at a particular hotel room, which was rented by a female acquaintance of CHS1 who was also associated with Andrew Blais. CHS1 further reported that the renter had allowed several Dominican males to use the hotel room on December 17, 2023. CHS1 stated they had not stayed with the Dominican males, but rather went to the hotel room on December 18, 2023, to retrieve personal belongings and at that point found two of the Dominican males were still there. At that point, CHS1 later explained, CHS1 contacted law enforcement.

residence. While at that location, CHS1 texted law enforcement to the effect that the occupants of the residence had observed law enforcement conducting surveillance. Shortly afterwards, another vehicle arrived at the residence and four Hispanic males were seen exiting the residence, entering that vehicle, and returning to the hotel, where they then entered a Red Ford Explorer and drove away.

22. In a follow-up interview about this event, CHS1 explained that when they arrived to collect personal belongings at the hotel room, two males were present and had asked CHS1 and another female to drive them to the Bangor residence. There, CHS1 had gone inside the residence and observed two additional Dominican males, as well as what CHS1 believed to be fentanyl. CHS1 identified one of the four males as Leon and identified a photograph on the Leon Leon Account as being a photograph of the same male.

23. On January 18, 2024, a photograph from the Leon Leon Account—of the same male CHS1 had identified as Leon—was provided to Detective Brian Ball of the Boston Police Department. Detective Ball reviewed Boston Police Department records and identified the photograph as likely being a male named Alexis Mariano De Leon, who currently resides in Boston. Detective Ball also identified another Facebook page for the same individual, under the name "Alexis De Leon." A special agent with Homeland Security Investigations identified records showing Alexis Mariano De Leon had been removed from the United States to the Dominican Republic in 2021.

*John Doe 3 Arrest and Information*

24. On January 23, 2024, I accompanied officers with other agencies, including Maine State Probation and MDEA, on a probation check of John Doe 3 in

Bangor, Maine, at the residence he had registered with his probation officer.[6] Doe 3 was present at the time of our arrival. His residence was ultimately searched pursuant to his probation conditions. Concealed in the ceiling of the residence's bathroom, officers found what appeared to be a scale, drug use paraphernalia, and a bag safe, which was opened with a combination provided by John Doe 3. Inside the bag were multiple individually packaged bags of suspected fentanyl, and also suspected methamphetamine. Another safe was located in the residence's living room area. That safe was also opened with a combination that John Doe 3 provided. Inside were several more containers of powder that appeared similar to the suspected fentanyl found in the bag safe.

25. On January 25, 2024, I received information that John Doe 3 had asked to speak to investigators. On January 26, 2024, myself and MDEA Agent Gastia met with John Doe 3 at the Penobscot County Jail. John Doe 3 identified a male known as Leon as the source of the controlled substances seized from John Doe 3's residence. He further described making multiple purchases of fentanyl from Leon in the months leading up to his arrest. He described communicating with Leon via the Leon Leon Account, and also the 4573 phone number. He could not recall exactly when his last communication had been via the Leon Leon Account, but described it as happening recently.

---

[6] John Doe 3 was on state supervision for a felony conviction at the time. He has a significant prior criminal history, to include prior felony convictions for burglary and manufacturing methamphetamine.

26. During the search of John Doe 3's residence, two cellular phones were seized. One was in his hand at the time officers made entry to the residence, and the second was found inside a pair of jeans along with John Doe 3's wallet. A search warrant was obtained for these devices and they were reviewed pursuant to that search warrant. In one of John Doe 3's phones, agents discovered numerous text messages between Leon's 4573 number and John Doe 3 discussing the distribution of fentanyl. On January 24, 2024, the 4573 phone number sent a series of text messages to John Doe 3 stating that he (the 4573 number) was in Bangor, Maine. On January 25, 2024, the 4573 number sent a final text message to John Doe 3 stating that he would contact John Doe 3 the following day from a new phone number.

27. Between January 26, 2024, through January 29, 2024, John Doe 3's phone received multiple incoming calls from a phone number that appeared to be a new contact and was identified as 917-963-3689 (the 3689 number). On January 29, 2024, the 3689 number sent a text message to John Doe 3 stating: "bro."

28. In addition to text communications, Agents also found numerous Facebook Messenger messages between the Leon Leon Account and John Doe 3's Facebook account. Messages were sent and received between December 28, 2023 through January 14, 2024, and, in my training and experience and based on an interpretation of the messaging as a whole, they discussed the sale of fentanyl.

29. For example, on December 28, 2023, the Leon Leon Account and John Doe 3 had the following exchange:

> Leon Leon: No brother, what I'm telling you to let me know when I'm ready for Monday to take the brown you like.

> Leon Leon: Yes, brother, try to get me all the money that he owed me old and the time. I have to pay an invoice.
>
> John Doe 3: Ok

30. On December 30, 2023, this conversation continued, based on my interpretation, to discuss the purchase and distribution of fentanyl:

> John Doe 3: Hey bud, I'm only asking this because of the reviews I'm getting, do you not have the same supplier anymore? Cause it seems like every shipment is different. The original stuff I was getting off you everyone loved. Then the colored stuff was ok at first then went to shit. The shipment of white no one likes at all but the tan stuff that came with it is a huge hit, everyone wants more of that, and the last stuff, the darker brown stuff, it's a hit or a miss. I;ve had people tell me they get nothing from it. That's the only part that sucks about not doing the stuff, is I have to take other people's word on how it is, but right now everyone is not liking the current brown.
>
> Leon Leon: Brother, I have the brown that you like, brother, I'll bring the brown that you and that your people like, brother.
>
> John Doe 3: It's not that I like it but, I don't use. I'm sober. But others like it.
>
> Leon Leon: All right, brother, let me know how much money you have for Monday, brother, to take the brown you like.
>
> John Doe 3: At least 1000
>
> Leon Leon: Ok bro

31. I know John Doe 3 was arrested in possession of several different kinds and colors of fentanyl. I believe the above conversation shows that Leon was distributing white, brown, and purple colored fentanyl to John Doe 3.

32. On January 1, 2024, Leon Facebook messaged John Doe 3, based on my training and experience and interpretation, to coordinate the delivery of fentanyl. The conversation was as follows:

> Leon Leon: Brother, I'm on my way, brother 4 minutes, brother.
>
> John Doe 3: "thumbs up emoji"
>
> Leon Leon: Here, bro
>
> John Doe 3: "thumbs up emoji"
>
> Leon Leon: Brother, how much money did you give me? Did you give me that I had 1500?
>
> John Doe 3: 12
>
> Leon Leon: 1200
>
> John Doe 3: "thumbs up emoji", I said yesterday is have 12-1500 by today, well most of yesterday I was sleeping sick so didn't end up making anymore plays.
>
> Leon Leon: ok bro, I'll take you 100 for the next 2,000.

33. On January 14, 2024, the Leon Leon Account and John Doe 3 conversed in their last Facebook message before John Doe 3's arrest. The conversation was as follows:

> John Doe 3: hey bud my phone's out of service till I go pay for it. You still coming?

> Leon Leon: Ok bro, ready
>
> John Doe 3: Ya
>
> Leon Leon: I'm on my way, brother, to where it is, brother. I'm on my way.
>
> John Doe 3: The same place as always, 68 Division St bangor.
>
> Leon Leon: ok bro
>
> John Doe 3: "thumbs up emoji"
>
> Leon Leon: Here bro.
>
> John Doe 3: K

34. As previously stated, John Doe 3 told me that Leon regularly utilized both Facebook Messenger and text messages to facilitate the distribution of fentanyl.

*Leon replacement phone for the 4573 number*

35. As explained above, on January 25, 2024, Leon sent a text message from phone number 857-693-4573 to John Doe 3 stating that he (Leon) was going to contact John Doe 3 from a new phone number the following day. Beginning on January 26, 2024, and continuing through January 29, 2024, John Doe 3 received both incoming phone calls and text messages from a new phone number, phone number 917-963-3689.

36. Between October 29, 2024, through January 21, 2024, I submitted multiple administrative subpoenas to T-Mobile, requesting toll data on phone number 857-693-4573. The most recent subpoena for the period of December 24, 2023, through January 21, 2024, revealed phone number 857-693-4573 engaged in 3488 contacts during the 30-day period. I conducted an analysis on multiple phone numbers

14

in contact with the 4573 number and identified numerous Bangor, Maine area contacts whom I know to have previously been involved in the use and/or sale of drugs in Maine.

37. On January 29, 2024, I submitted an administrative subpoena to T-Mobile requesting subscriber and toll records for phone number 917-963-3689. T-Mobile did not have any subscriber information associated to the 3689 number but did provide toll data. The toll data showed phone number 917-963-3689 had been activated with T-Mobile on January 25, 2024. Between January 25, 2024, and January 29, 2024, the 3689 number engaged in 281 calls and/or text messages with 19 different telephone contacts. Of the 19 different phone numbers in contact with the 3689 number, I observed that 15 were Maine based telephone numbers with a "207" prefix.

38. I compared toll data from both phone numbers, 857-693-4573 and 917-963-3689, and found the two phones had several of the same contacts. I also noted that the two phone numbers had similar frequency in contact with the same phone numbers. For example, between December 24, 2023, through January 21, 2024, phone number 857-693-4573 had 146 contacts with a known subject with a phone ending in 9941. Between January 25, 2024, through January 29, 2024, phone number 917-963-3689 had 92 contacts with 9941. Between December 24, 2023 through January 21, 2024, phone number 857-693-4573 had 173 contacts with a known subject with a phone ending in 9099. Between January 25, 2024, through January 29, 2024, phone number 917-963-3689 had 27 contacts with 9099. Between December 24, 2023, through January 21, 2024, phone number 857-693-4573 had 145 contacts with a known subject with a phone number ending in 1701. Between January 25, 2024,

through January 29, 2024, phone number 917-963-3689 had 22 contacts with 1701. Between December 24, 2023, through January 21, 2024, phone number 857-693-4573 had 394 contacts with a known subject with a phone number ending in 8141. Several additional known subjects were likewise found in touch with both phones.

39. According to the toll data on phone number 917-963-3689, the phone was activated on January 25, 2024, at approximately 2:03 P.M. EST. On that date, between 2:06 P.M. through 2:08 P.M., the 3689 number sent ten outgoing text messages to ten different phone numbers. Five known subjects previously suspected of being involved with Leon were among the initial ten persons contacted by text. I know those five contacts to be Penobscot County, Maine area residents who have been involved in the sale of drugs in Maine in the past. I believe the initial ten text messages sent by the 3689 number, within minutes of the phone being activated, was likely Leon alerting his co-conspirators in Maine to his new phone number.

40. Based on my training and experience and the facts gained in this investigation—including Leon's prior use of replacement phones as reported by John Doe 2—I believe the 3689 number is now being utilized by Leon for the same purposes as the 4573 number.

## ADDITIONAL INFORMATION ABOUT WIRELESS CARRIERS

41. In my training and experience, I have learned that T-Mobile is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including E-911 Phase II data, also known as GPS data or latitude-

longitude data and cell-site data, also known as "tower/face information" or cell tower/sector records. E-911 Phase II data provides relatively precise location information about the cellular telephone itself, either via GPS tracking technology built into the phone or by triangulating on the device's signal using data from several of the provider's cell towers. Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data is typically less precise than E-911 Phase II data.

42. Based on my training and experience, I know that T-Mobile can collect E-911 Phase II data about the location of the 3689 number, including by initiating a signal to determine the location of that phone on the T-Mobile network or with such other reference points as may be reasonably available.

43. Based on my training and experience, I know that T-Mobile can collect cell-site data about the 3689 number. Based on my training and experience, I know that for each communication a cellular device makes, its wireless service provider can typically determine: (1) the date and time of the communication; (2) the telephone numbers involved, if any; (3) the cell tower to which the customer connected at the beginning of the communication; (4) the cell tower to which the customer connected at the end of the communication; and (5) the duration of the communication. I also know that wireless providers such as T-Mobile typically collect and retain cell-site data

pertaining to cellular devices to which they provide service in their normal course of business in order to use this information for various business-related purposes.

## AUTHORIZATION REQUEST

44. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).

45. I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 30 days after the collection authorized by the warrant has been completed. There is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the subscriber or user of the 3689 number would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1). As further specified in Attachment B, which is incorporated into the warrant, the proposed search warrant does not authorize the seizure of any tangible property. *See* 18 U.S.C. § 3103a(b)(2). Moreover, to the extent that the warrant authorizes the seizure of any wire or electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information, there is reasonable necessity for the seizure for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).

46. I further request that the Court direct T-Mobile to disclose to the government any information described in Attachment B that is within the possession, custody, or control of T-Mobile. I also request that the Court direct T-Mobile to furnish

the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment B unobtrusively and with a minimum of interference with T-Mobile services, including by initiating a signal to determine the location of 3689 number on T-Mobile's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall reasonably compensate T-Mobile for reasonable expenses incurred in furnishing such facilities or assistance.

47. I further request that the Court authorize execution of the warrant at any time of day or night, owing to the potential need to locate the 3689 number outside of daytime hours.

//

//

Respectfully submitted,

Nicholas Rich
Special Agent
U.S. Drug Enforcement Administration

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Feb 07 2024

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title